AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

**1003 P Street, N.W.**
**Washington, DC**

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I      Ashan M. Benedict      being duly sworn depose and say:

I am a(n)   Special Agent with the Federal Bureau of Alcohol, Tobacco & Firearms   and have reason to believe
(Official Title)
that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location)
1003 P Street, N.W., Washington, DC, described as a yellow row house with an enclosed front porch and having a security door and the numerals 1003 displayed on the outside of the front door. This residence is the second house on the north side of the 1000 block of P Street.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)

Refer to attached sworn Affidavit of Special Agent Ashan M. Benedict with Federal Alcohol, Tobacco & Firearms (ATF) herein incorporated as part of this Application for a Search Warrant.

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
Refer to attached sworn Affidavit of Special Agent Ashan M. Benedict with Federal Alcohol, Tobacco & Firearms (ATF) herein incorporated as part of this Application for a Search Warrant.

concerning a violation of Title  21  United States Code, Section(s)  841(a) . The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.      ☒ YES   ☐ NO

Elliot Williams, SAUSA
OCNT/Rm. 4108
(202) 514-5241

Signature of Affiant
Ashan M. Benedict, Special Agent
Bureau of Alcohol, Tobacco & Firearms

Sworn to before me, and subscribed in my presence

_____            at Washington, D.C.
Date

_____            _____
Name and Title of Judicial Officer           Signature of Judicial Officer