AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

1003 P Street, N.W.
Washington, DC

**SEARCH WARRANT**

FILED
JUL - 5 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER:  05 - 0350M-01

TO: __Special Agent Ashan M. Benedict__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent Ashan M. Benedict_ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

1003 P Street, N.W., Washington, DC, described as a yellow row house with an enclosed front porch and having a security door with the numerals 1003 displayed on the outside of the front door. This residence is the second house on the north side of the 1000 block of P Street.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

Refer to attached sworn Affidavit of Special Agent Ashan M. Benedict with Federal Alcohol, Tobacco & Firearms (ATF)herein incorporated as part of this Application for a Search Warrant.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___July 1, 2005___
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

JUN 21 2005

at Washington, D.C.

Date and Time Issued
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

_John M. Facciola_

Name and Title of Judicial Officer    Signature of Judicial Officer

## ATTACHMENT A

1. Crack cocaine, cocaine, marijuana and other illegal controlled substances

2. Paraphernalia for packaging, cutting, weighing and distributing methamphetamine base, including but not limited to, scales, baggies, and cutting agents

3. United States currency in excess of $500.00

4. Books, records, receipts, notes, ledgers, and other papers relating to the transportation, ordering, purchase and distribution of controlled substances.

5. Address and telephone books and papers reflecting names, address and telephone numbers

6. Books, records, receipts, bank statements, and records, money drafts, letters of credit, money order and cashiers checks, the obtaining, secreting, transfer, and concealment of assets in the obtaining, secreting, transfer, concealment and expenditure of money

7. Electronic equipment, such as mobile telephones, telex machines, facsimile machines, telephone answering machines, telephone paging devices, currency counting machines, and any information stored in memory or contained in any related hardware and software

8. Photographs, in particular, photographs of conspirators, of assets, and controlled substances, and other documents identifying associates and conspirators

9. Indicia of occupancy, residence, and ownership of the premises, including but not limited to, utility and telephone bills, canceled envelopes, and keys

10. Any locked or closed container(s) believed to contain any of the above listed evidence.

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 6/21/05 | 6/23/05 @ 1145 | LEFT ON PREMISES |

**INVENTORY MADE IN THE PRESENCE OF**
BABIN, RAMSEY, DICKENDORFF, BENEDICT

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

NUMEROUS ROUNDS OF ASSORTED AMMUNITION.
DOCUMENTS
SUSPECTED CRACK COCAINE
SUSPECTED MARIJUANA
DIGITAL SCALE
ASSORTED FIREARM MAGAZINES
FOUR (4) RIFLES
ONE (1) SHOTGUN
FIVE (5) HANDGUNS
ONE (1) BLACK-POWDER HANDGUN

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature]*

**FILED**
JUL - 5 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Subscribed, sworn to, and returned before me this date.

*[signature]*
U.S. Judge or U.S. Magistrate Judge

7/5/05
Date